Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
13, 2006








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 13, 2006.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00465-CV

____________

 

IN RE JOHN GRAY, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
8, 2006, relator filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relator asked this court to compel the Honorable Belinda Hill, presiding judge
of the 230th District Court of Harris County, to recuse herself from his appeal
and his request for DNA testing.

Relator
has not established that he is entitled to mandamus relief.  Accordingly, we
deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied and Memorandum Opinion
filed July 13, 2006.

Panel consists of Justices Hudson,
Fowler, and Seymore.